IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 1:08cv474-MHT |
| v. | ) ) | (WO) |
| WINONA CHUMNEY, etc., et al., | ) ) ) | |
| Defendants. | ) | |

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, AND DECREE of the court that judgment is entered in favor of counterclaim-defendant Prudential Insurance Company of America and against counterclaimant Winona Chumney, as guardian of minor children CAC and PAC and as personal representative of the estate of Christine Ann Chumney, with counterclaimant Winona Chumney, as guardian of minor children CAC and PAC and as personal representative of the estate of Christine Ann Chumney, taking nothing by her counterclaim.

It is further ORDERED that costs are taxed against counterclaimant Winona Chumney, as guardian of minor children CAC and PAC and as personal representative of the estate of Christine Ann Chumney, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of September, 2012.

                /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE